No. 76–6483.   BATTLE *v.* UNITED STATES.   C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.   Upon representation of the Solicitor General set forth in his memorandum for the United States, filed May 24, 1977, judgment vacated, and case remanded to the United States District Court for the Western District of Oklahoma for further consideration in light of the position presently asserted by the Government.   MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST dissent.

No. A–916.   COLLIS *v.* KENTUCKY.   Sup. Ct. Ky.   Application for bail, presented to MR. JUSTICE STEVENS, and by him referred to the Court, denied.

No. D–111.   IN RE DISBARMENT OF CHAPMAN.   It is ordered that Gerald McNamara Chapman of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–112.   IN RE DISBARMENT OF CAIN.   It is ordered that Kenneth R. Cain, of Ozark, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 76–528.   CONSUMERS POWER Co. *v.* AESCHLIMAN ET AL.   C. A. D. C. Cir.   [Certiorari granted, 429 U. S. 1090.] Motion of U. S. Labor Party for leave to file a brief as *amicus curiae* granted.   MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 76–1167.   CRUMPACKER *v.* RUMAN ET AL., *ante,* p. 904. Motion of respondents to assess damages denied.